IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01537-AP

DON W. RUTLEDGE,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Rick P. Sauer
700 Macon Ave.
Cañon City, CO 81212
719.275.7591
719.275.6165 (fax)
rps@bresnan.net

For Defendant:

Sandra Krider
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is a Social Security appeal.  The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

3.  **DATES OF FILING OF RELEVANT PLEADINGS**

    A.  **Date Complaint Was Filed:** June 30, 2009

    B.  **Date Complaint was Served on U.S. Attorney's Office**: August 14, 2009

    C.  **Date Answer and Administrative Record Were Filed:** October 13, 2009

4.  **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

It appears the Administrative Record is complete and accurate.

5.  **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff does not intend to submit additional evidence at this time.

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

7.  **OTHER MATTERS**

Plaintiff does not have any other matters to raise at this time.  However, Plaintiff has filed a new application for social security benefits.  He has not yet received a ruling on the new application.

8.  **BRIEFING SCHEDULE**

    A.  **Plaintiff's Opening Brief**: January 25, 2010

Plaintiff's counsel will be out of the office for the last week in November 2009 and all of December 2009.  He therefore requests a briefing deadline outside the traditional 40 days.  As he already has Social Security disability briefs due on January 11, 2010, and January 18, 2010, he requests a deadline of January 25, 2010 for the brief in this case.  Defendant's counsel does not oppose this request.

    B.  **Response Brief due:** February 24, 2010

    C.  **Reply Brief due:** March 11, 2010

9.  **STATEMENTS REGARDING ORAL ARGUMENT**

    A.  **Plaintiff's Statement:** The Plaintiff does not request oral argument.

    B.  **Defendant's Statement:**  The Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

     **A.     ( )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

     **B.     (X)     All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 30th day of October, 2009

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:
/s Rick P. Sauer
Rick P. Sauer
700 Macon Ave.
Cañon City, CO 81212
719.275.7591
719.275.6165 (fax)
rps@bresnan.net

Attorney for Plaintiff

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

/s Sandra T. Krider
Sandra T. Krider
Special Assistant United States Attorney
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

Attorneys for Defendant